1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   KORAN MALCOM COLSTON,                  No.  2:21-cv-00542 DB P

11                    Plaintiff,

12          v.                              ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
13   V. VORKULIN, et al.,

14                    Defendants.

15

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

17   U.S.C. § 1983.  By order dated November 23, 2021, the court found the complaint had stated a

18   cognizable First Amendment retaliation claim against defendants Vorkulin and Guerrero but

19   failed to state any other cognizable claim.  (ECF No. 8.)  The court ordered plaintiff to file notice

20   informing the court whether he wished to proceed on his cognizable claims or be given leave to

21   file an amended complaint.  (Id. at 11.)  Plaintiff was given thirty days leave to file such a notice.

22   (Id.)  Plaintiff was warned that failure to abide by the court's order would result in a

23   recommendation that this action be dismissed.  (Id.)

24   ////

25   ////

26   ////

27   ////

28   ////

                                            1

1    More than thirty days have passed and plaintiff has not filed notice of how he wishes to

2  proceed with the court, filed an amended complaint, requested an extension of time, or otherwise

3  responded to the court's orders.[1]  Accordingly, it will be recommended that this action be

4  dismissed for failure to comply with court orders and failure to prosecute.

5    For the reasons state above, the Clerk of the Court is ORDERED to randomly assign a

6  district judge to this action.

7    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

8  Local Rule 110; Fed. R. Civ. P. 41(b).

9    These findings and recommendations are submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

11  after being served with these findings and recommendations, plaintiff may file written objections

12  with the court and serve a copy on all parties.  Such a document should be captioned "Objections

13  to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

14  objections within the specified time may waive the right to appeal the District Court's order.

15  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

16  Dated:  May 18, 2022

17

18                                                    _____

19                                                    DEBORAH BARNES
                                                      UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24  DB:14
    DB/DB Prisoner Inbox/Civil Rights/R/cols0542.fr.dism

25

26  _____

27  [1] The court's November 23, 2021 order was returned as undeliverable to the address plaintiff
    provided to the court.  Plaintiff is under a continuing duty to update the court as to his current
    address.  L.R. 182(f).  Plaintiff has failed to notify the court of a change of address within the
28  time period described in Local Rule 183(b).